UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Parker, Maryjane D.

Case No.: _____18-32459_____

Chapter: _____7_____

Judge: _____CMG_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:  402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____January 15, 2019_____ at ___10:00___ a.m. at the United States Bankruptcy Court, Courtroom no. ____3____. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:  606 June Road
Browns Mills, NJ
FMV - +/-$123,000.00

Liens on property:        South Shore Bank - +/- $303,891.79

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt:  $2,959.00

Objections must be served on, and requests for additional information directed to:

Name:        Daniel E. Straffi, Esq.

Address:        670 Commons Way Toms River, NJ 08755

Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-32459-CMG
Maryjane D. Parker                                                        Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Dec 13, 2018
                             Form ID: pdf905       Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
db            +Maryjane D. Parker,    606 June Road,    Browns Mills, NJ 08015-3753
517867503     +Amex/Bankruptcy,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
517867504     +Apex Asset Management,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517867505     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517867509     +First National Bank,    Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
517867510     +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
               Omaha, NE 68154-8000
517867511     +Loandepot,    P.O. Box 660275,    Dallas, TX 75266-0275
517867517     +SST/Best Egg,    Attn: Bankruptcy,    4315 Pickett Rd,    Saint Joseph, MO 64503-1600
517867513     +Selip & Stylianou, LLP,    PO Box 9004,    Woodbury, NY 11797-9004
517867516     +South Shore Bank,    Attn: Bankruptcy,    Po Box 151,    Weymouth, MA 02188-0904
517867521     +Virtua Medical Group,    PO Box 8500,    Philadelphia, PA 19178-8500

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 14 2018 00:40:20      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 14 2018 00:40:16      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517867502     +E-mail/Text: ally@ebn.phinsolutions.com Dec 14 2018 00:39:13      Ally Financial,
               Attn: Bankruptcy Dept,    Po Box 380902,    Bloomington, MN 55438-0902
517867507     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 14 2018 00:40:02      Comenity Bank/Lane Bryant,
               Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517867508     +E-mail/PDF: creditonebnknotifications@resurgent.com Dec 14 2018 00:42:19      Credit One Bank,
               PO Box 98872,    Las Vegas, NV 89193-8872
517867512     +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2018 00:43:06
               LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
517868381     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:48      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517867518     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:48      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
517867519     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:50      Synchrony Bank/Lowes,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517867520     +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2018 00:42:47      Synchrony Bank/Sams Club,
               Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                  TOTAL: 10

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517867506*    +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517867514*    +Selip & Stylianou, LLP,    PO Box 9004,    Woodbury, NY 11797-9004
517867515*    +Selip & Stylianou, LLP,    PO Box 9004,    Woodbury, NY 11797-9004
                                                                      TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 12, 2018 at the address(es) listed below:
          Daniel E. Straffi    bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
          iqsystems.com
          Daniel E. Straffi    on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ep
          iqsystems.com

District/off: 0312-3            User: admin                  Page 2 of 2            Date Rcvd: Dec 13, 2018
                               Form ID: pdf905              Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
         Lee Martin Perlman    on behalf of Debtor Maryjane D. Parker ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
         Rebecca Ann Solarz    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5