## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re:  :  Case no.: __18-32459__

Maryjane D. Parker  :  Chapter: __7__

:  Judge: __Gravelle__

Debtor(s)  :

## CERTIFICATION OF NO OBJECTION

I __Gary A. Nau__, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

- ☒ Abandonment
- ☐ Public Sale
- ☐ Private Sale
- ☐ Settlement of Controversy
- ☐ Auctioneer Compensation

Description of Property (if applicable):
606 June Road, Browns Mills NJ.

JEANNE A. NAUGHTON, Clerk

Date: 1/9/2019     By: Gary A. Nau

*rev.2/10/17*